**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000304
30-JUN-2025
11:47 AM
Dkt. 86 OAWST**

NO. CAAP-23-0000304

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CAROL RIE ENCARNACION JONES, Plaintiff-Appellee, v.
DARRYL KALE YEW LUN JONES and MARY ALICE CHOW JONES,
Defendants-Appellants,
and
HAWAIʻI LAW ENFORCEMENT FEDERAL CREDIT UNION; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE
FOR PINNACLE CAPITAL MORTGAGE CORPORATION,
Defendants-Appellees, and JOHN DOES 1-20, JANE DOES 1-20,
DOE CORPORATIONS 1-20, DOE PARTNERSHIPS 1-20, DOE ENTITIES
1-20, DOE GOVERNMENTAL ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-19-0002103)

**ORDER**
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the June 27, 2025 *Stipulation for Dismissal With Prejudice of All Claims and All Parties*, filed by Defendant-Appellant Mary Alice Chow Jones, which we construe as a stipulation to dismiss appeal, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, June 30, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge